# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1036
Lower Tribunal No. 2023-CF-001787

_____

MARTELL DENARD JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED. *See Fernandez v. State*, 427 So. 3d 118, 125 n.3 (Fla. 6th DCA 2025) (citing *Covington v. State*, 348 So. 3d 456, 475 (Fla. 2022) ("[T]his Court will not substitute its judgment for that of the [lower] court as to the credibility of witnesses so long as the findings are supported by competent, substantial evidence.")); *Reed v. State*, 276 So. 3d 31, 35 (Fla. 4th DCA 2019) ("The trial court made written findings as to whether appellant posed a danger to the community, and the court's order indicated that the court based its findings on

several of the factors set forth in section 948.06(8)(e)1.a.-e. The statute required nothing more.").

WOZNIAK, SMITH and MIZE, JJ., concur.


Hani Demetrious and Robert David Malove, of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Shayla Mattison Smith, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED